UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 22-CR-257 (SRU) |
| ANTRUM COSTON | : |

**UNOPPOSED MOTION TO CONTINUE SENTENCE HEARING**

Antrum Coston, the Defendant, respectfully moves this Honorable Court to continue his sentence hearing, and the associated sentencing calendar dates for at least 30 days. Presently, sentencing is scheduled for March 15, 2023.

Mr. Coston's first disclosure Presentence Report was due on January 31, 2023. However, given the undersigned's and probation officer's schedules-they were only able to meet late January 2023. Granting the Defendant's request will allow the parties time to effectively prepare for sentencing.

Assistant United States Attorney Jennifer Laraia does not object to this request.

        Respectfully submitted,

        THE DEFENDANT,
        Antrum Coston

        FEDERAL DEFENDER OFFICE

Dated: February 13, 2023        /s/ Tracy Hayes_____
        Tracy Hayes
        Assistant Federal Defender
        265 Church Street, Suite 702
        New Haven, CT 06510
        Phone: (203) 498-4200
        Bar No.: phv06527
        Email: tracy_hayes@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 13, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                       /s/ Tracy Hayes
                                       Tracy Hayes