UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 22-CR-257 (SRU) |
| ANTRUM COSTON | : | |

**MOTION TO CONTINUE SENTENCE HEARING**

Antrum Coston, the Defendant, respectfully moves this Honorable Court to continue his sentence hearing until the beginning of September.  Presently, sentencing is scheduled for June 28, 2023.

On March 9, 2023, Mr. Coston suffered, for the first time in his life, a seizure.  He is undergoing medical treatment for physicians to determine a diagnosis and further treatment.  He is scheduled to meet with his neurologist, Marion Elizabeth Deerhake, MD., on August 15, 2023.  Granting the Defendant's request will allow the parties time to effectively prepare for sentencing.

Assistant United States Attorney Jennifer Laraia submitted a sentencing memorandum on June 14, 2023.  The undersigned attempted to contact AUSA Laraia on June 17, to obtain the government's position.  Government counsel has not responded as of this filing, and may be on leave.

Respectfully submitted,

THE DEFENDANT,
Antrum Coston

FEDERAL DEFENDER OFFICE

Dated: June 20, 2023

/s/ Tracy Hayes_____
Tracy Hayes
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 20, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Tracy Hayes___
Tracy Hayes